UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DeVAN DANIEL, | No. 2:18-cv-03018-JAM-AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| PAUL TASSONE, et al., | |
| Defendants. | |

On November 26, 2018, this court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 3. That deadline has now passed, and plaintiff has not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: January 7, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE