# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DeVAN DANIEL, | No. 2:18-cv-03018 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| PAUL TASSONE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested an extension of time to file his first amended complaint. ECF No. 5. Plaintiff indicates he is very confused and suffering physical symptoms. Id.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint within 30 days of the date of this order and the existing order to show cause for failure to timely file an amended complaint (ECF No. 4) is discharged.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: January 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE